# In the United States Court of Federal Claims

No. 20-802C
(Filed: March 1, 2022)

```
*************************************
JUST IN TIME STAFFING, INC.,         *
                                     *
            Plaintiff,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
                                     *
*************************************
```

## ORDER

The Court is in receipt of the parties' joint motion to voluntarily dismiss pursuant to Rule 41(a). *See* Motion (ECF 33). The Court **GRANTS** the motion and, accordingly, the case is dismissed with prejudice with each party to bear its own costs, attorney fees and expenses. The Clerk is directed to enter judgment.


**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge